# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GERALD PAGE**, *et al.*, | : | CIVIL ACTION NO. 1:17-CV-190 |
| Plaintiffs | : | (Chief Judge Conner) |
| v. | : | |
| **KELLERMEYER BERGENSONS SERVICES, LLC**, *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 20th day of July, 2018, upon consideration of the report (Doc. 48) of Magistrate Judge Martin C. Carlson, recommending that the court, having received a report from the parties that this matter has resolved amicably, enter a 60-day order dismissing the action without prejudice, upon good cause shown within 60 days, to reinstate the action if settlement is not consummated, and it appearing that neither party objects to the report, see FED. R. CIV. P. 72(b)(2), and the court noting that the failure of a party to timely object to a magistrate judge's conclusions "may result in forfeiture of *de novo* review at the district court level," Nara v. Frank, 488 F.3d 187, 194 (3d Cir. 2007) (citing Henderson v. Carlson, 812 F.2d 874, 878-79 (3d Cir. 1987)), but that, as a matter of good practice, a district court should "afford some level of review to dispositive legal issues raised by the report," Henderson, 812 F.2d at 878; see also Taylor v. Comm'r of Soc. Sec., 83 F. Supp. 3d 625, 626 (M.D. Pa. 2015) (citing Univac Dental Co. v. Dentsply Int'l, Inc., 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010)), in order to "satisfy itself that there is no clear error on the face of the

record," FED. R. CIV. P. 72(b), advisory committee notes, and, following independent review of the record, the court in agreement with Judge Carlson's recommendation, and concluding that there is no clear error on the face of the record, it is hereby ORDERED that:

1. The report (Doc. 48) of Magistrate Judge Carlson is ADOPTED.

2. The above-captioned action is DISMISSED without prejudice, upon good cause shown within 60 days, to reinstate the action if settlement is not consummated.

3. The Clerk of Court is directed to CLOSE this case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania